# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES--GENERAL**

Case No. **5:25-cv-01078-DTB**                                                       Date: **June 9, 2025**

Title: **Yan Zhang v. Geico Insurance Company, et al.**

================================================================

**DOCKET ENTRY**

================================================================

PRESENT:

**HON. DAVID T. BRISTOW, MAGISTRATE JUDGE**

| Rachel Maurice | n/a |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT(S):
None present                                                                None present

**PROCEEDINGS: (IN CHAMBERS) ORDER REGARDING PLAINTIFF'S MOTION TO REMAND [DOCKET NO. 14]**

The Court is in receipt of Plaintiff Yan Zhang's Motion to Remand ("Motion") filed June 2, 2025. (Docket No. 14). Plaintiff set the hearing on the Motion for July 3, 2025. The Court finds that the matters raised by the Motion are capable of resolution without a hearing and hereby takes the July 3, 2025, hearing OFF CALENDAR. Fed.R.Civ.P. 78(b), Central District of California Local Rule 7-15. No appearance by any party is required unless otherwise ordered by the Court.

The Court sets the following briefing schedule on the Motion: Defendant shall file an Opposition[1] to the Motion on or before **June 19, 2025** and Plaintiff shall file a Reply to the Opposition on or before **June 26, 2025**. Thereafter, the Court will take the matter under submission without further briefing or argument.

**IT IS SO ORDERED**.

---

1        Defendant is advised that pursuant to Central District of California Local Rule 7-12 - *Failure to File Required Documents* - the Court may decline to consider any memorandum or other document not filed within the deadline set by order or local rule. The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion.

MINUTES FORM 11                                                                 Initials of Deputy Clerk  RAM
CIVIL-GEN